# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENTYA RICH** **PLAINTIFF**
**#113029**

V.  NO. 4:22-cv-001194-JM

**HIGGINS**, *et al*.  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE